Joseph Agostino
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 443-3572
Fax: (973) 295-1292
agostinoj@gtlaw.com

*Counsel for TrainingMask, LLC and
Casey J. Danford*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRAININGMASK LLC AND CASEY J. DANFORD, <br><br> **Plaintiffs,** <br><br> v. <br><br> MY CORP, LLC d/b/a BIG MIKE'S FITNESS; and LIKE EXERCISE INC., <br><br> **Defendants.** | Case No. 1:15-cv-06789-RMB-KMW <br><br> Jury Trial Demanded <br><br> Motion Date: January 19, 2016 |

**PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT**

TO:    Defendants, above-named.

PLEASE TAKE NOTICE that Plaintiffs TrainingMask LLC and Casey J. Danford will move before the Honorable Renee Marie Bumb, United States District Judge for the District of New Jersey, on January 19, 2016 for an Order entering default judgment in favor of Plaintiffs TrainingMask LLC and Casey J. Danford, a permanent injunction against Defendants My Corp, LLC d/b/a Big Mike's Fitness and Like Exercise Inc., and destruction of all products that infringe U.S. Patent Nos. 9,067,086 and 8,590,533 and U.S. Trademark Registration Nos. 4,094,823, 4,508,962, 4,594,596, and 4,509,398.

Dated:  December 16, 2015									Respectfully submitted,

									*/s/ Joseph Agostino*
									Joseph Agostino
									Greenberg Traurig, LLP
									500 Campus Drive, Suite 400
									Florham Park, New Jersey 07932
									Tel: (973) 443-3572
									Fax: (973) 295-1292
									agostinoj@gtlaw.com
									*Counsel for TrainingMask, LLC and Casey J. Danford*