# INDEX TO EXHIBITS TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

| Ex. No. | Date | Description |
|---|---|---|
| A. | 9/11/2015 | Complaint |
| B. | 11/16/2015 | Affidavit of Service for My Corp, LLC d/b/a Big Mike's Fitness, LLC |
| C. | 11/16/2015 | Affidavit of Service for Like Exercise Inc. |
| D. | 12/2/2015 | Letters from Joseph Agostino, Counsel for Plaintiffs, to My Corp, LLC d/b/a/ Big Mike's Fitness, LLC and Like Exercise Inc. regarding entry of default |