# EXHIBIT B TO 12/16/2015 PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

## UNITES STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

TrainingMask, LLC, et al.

Plaintiff

vs.

Case No: 2:15-CV-06789-KSH-CLW

My Corp, LLC d/b/a Big Mike's Fitness, et al.

Defendant

### AFFIDAVIT OF SERVICE

I, Robert DeLacy, III, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/26/2015 at 1:19 PM, I served My Corp, LLC d/b/a Big Mike's Fitness, LLC c/o United States Corporation Agents, Inc., Registered Agent with the Summons and Complaint with Exhibits at 300 Delaware Avenue, Suite 210-A, Wilmington, Delaware 19801 by serving Jordana Espinosa, Administrative Assistant, authorized to accept service.

Jordana Espinosa is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 135   Height:   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11-3-15
Executed On

Robert DeLacy, III
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
202 667-0050



Job #: 1500644

Client Ref Number:150137.022500