# EXHIBIT C TO 12/16/2015 PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LIKE EXERCISE INC.**

was received by me on *(date)* **OCTOBER 23, 2015**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **JAMES KIKKAWA - c/o LEGALZOOM.COM (AGENT)** , who is designated by law to accept service of process on behalf of *(name of organization)* **LIKE EXERCISE INC.** @ **100 W BROADWAY, SUITE 100, GLENDALE, CA 91204** on *(date)* **10/23/2015 @ 4:30PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **205.30** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/26/2015**

*Server's signature*

**NORMAN MONTEMAYOR**
*Printed name and title*

Contracted by:
ProLegal - Reg # 2013036880
205 Broadway, Suite 903, Los Angeles, CA 90012
888-722-6878
*Server's address*

Additional information regarding attempted service, etc: