# EXHIBIT D TO 12/16/2015 PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT



Joseph Agostino
Tel 973.443.3572
Fax 973.295.1292
agostinoj@gtlaw.com

December 2, 2015

**VIA E-MAIL AND UPS**

Mr. Michael Abbara
My Corp. LLC d/b/a Big Mike's Fitness
1105 South Euclid Street
Apt D242
Fullerton CA 92832-2850
Mike@MyCorpLLC.com; BigMikeSM@gmail.com

Re:   *TrainingMask LLC et al. v. Like Exercise Inc. et al.*

Dear Mr. Abbara:

As you are aware, on October 26, 2015 you were served with the attached summons of TrainingMask LLC's New Jersey District Court complaint for, among other things, trademark dress infringement, patent infringement, trademark infringement, and copyright infringement. MyCorp d/b/a/ Big Mike's Fitness' answer to that summons was due with the New Jersey District Court by November 16, 2015, yet the complaint has not been answered in any way, including with the Court. If MyCorp does not provide an answer to the court or otherwise by December 9, 2015, TrainingMask will have no choice but to move for an entry of default against MyCorp.

Sincerely,

*/s/ Joseph Agostino*
Joseph Agostino

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
    GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
    GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
    GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
    GREENBERG TRAURIG LLP
    FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
    GREENBERG TRAURIG, P.A.,
    FLORIDA USA
¤ OPERATES AS
    GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
    GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
500 Campus Drive, Suite 400  ■  Florham Park, New Jersey 07932-0677  ■  Tel 973.360.7900  ■  Fax 973.301.8410

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**TRAININGMASK LLC, ET AL.,**
*Plaintiff*

                V.         **SUMMONS IN A CIVIL CASE**

**MY CORP. LLC, ET AL.,**
*Defendant*

CASE NUMBER: **2:15−CV−06789−KSH−CLW**

TO: *(Name and address of Defendant):*

MYCORP, LLC d/b/a Big Mike's Fitness, LLC
C/o: United States Corporation Agents, Inc.
300 Delaware Ave. Ste. 210-A
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Joseph Agostino
Greenberg Traurig, LLP
200 Park Avenue, Florham Park, NJ 07932
Tel: 973-360-7900; E-mail: agostinoj@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Robin Newman**
(By) DEPUTY CLERK

**ISSUED ON 2015−09−11 14:29:37**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                                Date                                *Signature of Server*

                                                        _____
                                                                    *Address of Server*



Joseph Agostino
Tel 973.443.3572
Fax 973.295.1292
agostinoj@gtlaw.com

December 2, 2015

**VIA E-MAIL AND UPS**

Mr. Michael Abbara
Like Exercise Inc.
3224 Yorba Linda Boulevard
Suite 515
Fullerton, CA 92381
Mike@MyCorpLLC.com; BigMikeSM@gmail.com

Re:   *TrainingMask LLC et al. v. Like Exercise Inc. et al.*

Dear Mr. Abbara:

    As you are aware, on October 23, 2015 you were served with the attached summons of TrainingMask LLC's New Jersey District Court complaint for, among other things, trademark dress infringement, patent infringement, trademark infringement, and copyright infringement. Like Exercise's answer to that summons was due with the New Jersey District Court by November 13, 2015, yet the complaint has not been answered in any way, including with the Court. If Like Exercise does not provide an answer to the court or otherwise by December 9, 2015, TrainingMask will have no choice but to move for an entry of default against Like Exercise.

    Sincerely,

    */s/ Joseph Agostino*
    Joseph Agostino

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
  GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
500 Campus Drive, Suite 400  ■  Florham Park, New Jersey 07932-0677  ■  Tel 973.360.7900  ■  Fax 973.301.8410

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**TRAININGMASK LLC, ET AL.,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**MY CORP. LLC, ET AL.,**
*Defendant*

CASE NUMBER: **2:15−CV−06789−KSH−CLW**

TO: *(Name and address of Defendant):*

Like Exercise Inc.
C/o: LEGALZOOM.COM, INC.
100 West Broadway Suite 100
Glendale, CA 91210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Joseph Agostino
Greenberg Traurig, LLP
200 Park Avenue, Florham Park, NJ 07932
Tel: 973-360-7900; E-mail: agostinoj@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Robin Newman**
(By) DEPUTY CLERK

**ISSUED ON 2015−09−11 14:29:37**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____    _____
                        Date                                *Signature of Server*

                                              _____
                                              *Address of Server*